IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARTER, | 1:07-cv-00232-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
| vs. | |
| DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, | (DOCUMENT #24) |
| | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

.IT IS SO ORDERED.

Dated:   May 19, 2008                  /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE